**UNITED STATES of America ex rel. Tom WE SHUNG, Relator-Appellant,**

v.

**P. A. ESPERDY, District Director of the Immigration and Naturalization Service for the New York District, Respondent-Appellee.**

No. 163, Docket 25865.

United States Court of Appeals Second Circuit.

Submitted Dec. 4, 1959.

Decided Feb. 15, 1960.

Louis Steinberg, New York City (Steinberg, Friedman & Blau, New York City, on the brief), for relator-appellant.

Roy Babitt, Sp. Asst. U. S. Atty., Southern District of New York, New York City (S. Hazard Gillespie, Jr., U. S. Atty., Southern District of New York, New York City, on the brief), for respondent-appellee.

Before CLARK, WATERMAN and MOORE, Circuit Judges.

PER CURIAM.

The order is affirmed on the opinion of Judge Weinfeld, D.C., 176 F.Supp. 253.

**Robert M. C. BERKLEY, also known as Robert McCoy Berkley, et al., Appellants,**

v.

**UNITED STATES of America.**

No. 16357.

United States Court of Appeals Eighth Circuit.

Nov. 20, 1959.

David LaDriere, Clayton, Mo., for appellants.

Harry Richards, U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution, on motion of appellee.